IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _JSW_ D.C.

05 JUL 12 PM 1:43

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | Criminal No. 04-20273 MI |
| BRADFORD GENE WILLIAMS, | * | |
| Defendant. | * | |

MOTION GRANTED
Reset to Thursday
Aug 18, 2005
8:45 am

J.P. McCalla
JON PHIPPS McCALLA
U.S. DISTRICT JUDGE

July 13, 2005
DATE

## MOTION TO CONTINUE SENTENCING HEARING

The United States of America, by and through Terrell L. Harris, United States Attorney for the Western District of Tennessee, and David C. Henry, Assistant United States Attorney, respectfully requests a continuance of the sentencing hearing in the above referenced matter. The sentencing hearing is currently set for July 14, 2005 at 9:00 a.m.

Counsel for the government will be in trial on July 14, 2005. The government is requesting this Honorable Court to continue for thirty (30) days from July 14, 2005. The government has spoken with defense counsel, Robert Brannon and he has no objection to the continuance of the sentencing hearing.

Respectfully submitted,

TERRELL L. HARRIS
United States Attorney

BY: _____
DAVID C. HENRY
Assistant United States Attorney
167 N. Main, Room 1026
Memphis, TN 38103
(#012986 Tennessee)

FILED BY JPW D.C.
05 JUL 13 PM 7:06
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-14-05

(54)

## CERTIFICATE OF SERVICE

I, David C. Henry, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing motion has been sent, first class postage pre-paid, to Robert Brannon, counsel for the defendant, 295 Washington Avenue, Suite 3, Memphis, Tennessee 38103.

This  12th   day of July, 2005.

_____
DAVID C. HENRY
Assistant United States Attorney

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 54 in case 2:04-CR-20273 was distributed by fax, mail, or direct printing on July 14, 2005 to the parties listed.

---

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lee Howard Gerald
LAW OFFICE OF LEE GERALD
8 S. Third St.
Fourth Floor
Memphis, TN 38103

Robert M. Brannon
LAW OFFICE OF ROBERT M. BRANNON
295 Washington Avenue
Ste. 3
Memphis, TN 38103

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT